**JUDGE CHIN**

08 CV 5249

**WHITE AND WILLIAMS LLP**
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
Phone No.: (201) 368-7200
Fax No.: (201) 368-7240
Attorneys for Plaintiff, State Farm Fire and Casualty Company



RECEIVED
JUN 0 9 2008
U.S.D.C. S.D. N.Y.
CASHIERS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAH LYNCH; CYNTHIA McGRATH, INDIVIDUALLY AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN WRIGHT, DECEASED, AND AS GENERAL ADMINISTRATRIX OF THE ESTATE OF MEGAN K. WRIGHT, DECEASED; DOMINICAN COLLEGE OF BLAUVELT, NEW YORK; SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE; JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE; JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE; CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE; RICHARD FEGINS, JR.; KENNETH A. THORNE, JR.; and TERRELL E. HILL,<br><br>Defendants. | CIVIL CASE NO.:<br><br>CIVIL ACTION<br><br>**RULE 7.1 STATEMENT** |

PHLDMS1 4231354v.1

-2-

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, please take notice that:

1. The parent company of State Farm Fire and Casualty Company is State Farm Mutual Automobile Insurance Company. Please take further notice that no publicly held corporation owns 10% or more of any stock.

DATED:    June 6, 2008

WHITE AND WILLIAMS LLP
Attorneys for Plaintiff,
State Farm Fire and Casualty Company

BY: _____
ROBERT T. PINDULIC

PHLDMS1 4231354v.1