UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE FARM FIRE AND CASUALTY, COMPANY,

                Plaintiff,

-against-

ISAIAH LYNCH; CYNTHIA McGRATH, INDIVIDUALLY AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN WRIGHT, DECEASED, AND AS GENERAL ADMINISTRATRIX OF THE ESTATE OF MEGAN K. WRIGHT, DECEASED; DOMINICAN COLLEGE OF BLAUVELT, NEW YORK; SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE; JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE; JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE; CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE; RICHARD FEGINS, JR; KENNETH A. THORNE, JR. and TERRELL E. HILL,

                Defendants

Civil Action No.: 08-CV-5249

**RULE 7.1 STATEMENT**

---

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant, DOMINICAN COLLEGE of BLAUVELT, by their attorneys Biedermann, Reif, Hoenig & Ruff, P.C., certifies that the following are corporate parents, subsidiaries, or affiliates of it which are publicly held:

    1.    DOMINICAN COLLEGE of BLAUVELT is an Education Corporation, that is wholly owned, with no corporate parents, subsidiaries or affiliates that are publicly held.

- 2 -

Dated: New York, New York
       July 23, 2008

                                  BIEDERMANN, REIF, HOENIG & RUFF, P.C.

                                  By_____
                                     Philip C. Semprevivo, Jr.(PS1526)
                                  570 Lexington Avenue – 16th Floor
                                  New York, New York 10022
                                  (212) 697-6555
                                  Attorneys for Defendants
                                  Dominican College