**WHITE AND WILLIAMS LLP**
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
Phone No.: (201) 368-7200
Fax No.: (201) 368-7240
Attorneys for Plaintiff, State Farm Fire and Casualty Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>ISAIAH LYNCH; CYNTHIA McGRATH, INDIVIDUALLY AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN WRIGHT, DECEASED, AND AS GENERAL ADMINISTRATRIX OF THE ESTATE OF MEGAN K. WRIGHT, DECEASED; DOMINICAN COLLEGE OF BLAUVELT, NEW YORK; SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE; JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE; JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE; CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE; RICHARD FEGINS, JR.; KENNETH A. THORNE, JR.; and TERRELL E. HILL,<br><br>            Defendants. | CIVIL CASE NO.: 08-cv-5249<br><br>The Honorable Robert W. Sweet<br><br>CIVIL ACTION<br><br>**PLAINTIFF, STATE FARM FIRE AND CASUALTY COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST RICHARD FEGINS, JR.** |

6121810v.1

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1 of the Local Rules for the United States District Court for the Southern District of New York, Plaintiff, State Farm Fire and Casualty Company, by and through its attorneys, White and Williams LLP, hereby requests that the Clerk of this Court enter a Certificate of Default in this matter by reason of Defendant, Richard Fegins, Jr.'s failure to appear and defend this action. An affidavit required by Rule 55(1) and a proposed Certificate of Default are attached hereto.

WHEREFORE State Farm Fire and Casualty Company requests that the Clerk of the Court enter Richard Fegins, Jr.'s default.

DATED:   April 5, 2010        WHITE AND WILLIAMS LLP
                              Attorneys for Plaintiff, State
                              Farm Fire and Casualty Company

                        BY:   _____
                              Geoffrey F. Sasso

6121810v.1