**WHITE AND WILLIAMS LLP**
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
Phone No.: (201) 368-7200
Fax No.: (201) 368-7240
Attorneys for Plaintiff, State Farm Fire and Casualty Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>         Plaintiff,<br><br>vs.<br><br>ISAIAH LYNCH; CYNTHIA McGRATH, INDIVIDUALLY AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN WRIGHT, DECEASED, AND AS GENERAL ADMINISTRATRIX OF THE ESTATE OF MEGAN K. WRIGHT, DECEASED; DOMINICAN COLLEGE OF BLAUVELT, NEW YORK; SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE; JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE; JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE; CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE; RICHARD FEGINS, JR.; KENNETH A. THORNE, JR.; and TERRELL E. HILL,<br><br>         Defendants. | CIVIL CASE NO.: 08-cv-5249<br><br>The Honorable Robert W. Sweet<br><br>CIVIL ACTION<br><br><br>**CLERK'S CERTIFICATE** |

6121831v.1

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 9, 2008 with the filing of a Summons and Complaint, a copy of said Summons and Complaint was served on Defendant, Richard Fegins, Jr. on June 30, 2008 by leaving copies thereof at Fegins' dwelling house or usual place of abode, located at 816 E. Blancke Street, Linden, New Jersey 07036 with Fegins' mother, Pauleta Soloman, a person of suitable age and discretion residing therein, and proof of such service was filed on March 22, 2010.

I further certify that docket entries indicate that Defendant Fegins has not filed an Answer or otherwise moved with respect to the Complaint herein.

The default of Defendant Fegins is hereby noted.

DATED: April ___, 2010
New York, New York

          J. MICHAEL MCMAHON
          Clerk of Court

BY: _____
   Deputy Clerk