# EXHIBIT 1



AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

SERVICE OF:          **SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET**
EFFECTED (1) BY ME:  **RICARDO GONCALVES**
TITLE:               **PROCESS SERVER**                        DATE: 06/30/2008  10:13PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

RICHARD FEGINS JR

Place where served:

816 E. BLANCKE ST   LINDEN NJ 07036

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PAULETA SOLOMAN

Relationship to defendant: MOTHER

Description of person accepting service:

SEX: F___ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: OVER 200 LBS.__ SKIN: BLACK____ HAIR: BLACK____ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6 / 30 20 08                    _____ L.S.
                              SIGNATURE OF RICARDO GONCALVES
                              GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083                    06/30/08

                              JACKELINE GONZALEZ
                              NOTARY PUBLIC OF NEW JERSEY
                              My Commission Expires Dec. 7, 2010

ATTORNEY:    ROBERT T. PINDULIC, ESQ.
PLAINTIFF:   STATE FARM FIRE & CASUALTY CO.
DEFENDANT:   ISAIAH LYNCH, ET AL
VENUE:       DISTRICT SDNY
DOCKET:      08 CV 5249

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW