**WHITE AND WILLIAMS LLP**
The Atrium
East 80 Route 4
Paramus, New Jersey  07652
Phone No.:  (201) 368-7200
Fax No.:  (201) 368-7240
Attorneys for Plaintiff, State Farm Fire and Casualty Company

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>ISAIAH LYNCH; CYNTHIA McGRATH, INDIVIDUALLY AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN WRIGHT, DECEASED, AND AS GENERAL ADMINISTRATRIX OF THE ESTATE OF MEGAN K. WRIGHT, DECEASED; DOMINICAN COLLEGE OF BLAUVELT, NEW YORK; SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE; JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE; JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE; CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE; RICHARD FEGINS, JR.; KENNETH A. THORNE, JR.; and TERRELL E. HILL,<br><br>                    Defendants. | CIVIL CASE NO.: 08-cv-5249<br><br>The Honorable Robert W. Sweet<br><br>CIVIL ACTION<br><br><br>**CERTIFICATE OF SERVICE** |

6121843v.1

Geoffrey F. Sasso, Esq., by way of affidavit, says:

1. I am an attorney at law, admitted to practice in the United States District Court for the Southern District of New York and an associate with the law firm of White and Williams, LLP, attorneys for Plaintiff, State Farm Fire and Casualty Company (hereinafter "State Farm"). As such, I am fully familiar with the facts as hereinafter set forth.

2. That on April 9, 2010, I caused a copy of Plaintiff, State Farm Fire and Casualty Company's Request for Entry of Default Against Defendant, Richard Fegins, Jr., proposed Clerk's Certificate, Affidavit of Geoffrey F. Sasso in Support of Request for Entry of Default Against Defendant, Richard Fegins, Jr. and all Exhibits referenced therein and this Certificate of Service to be served via first class mail upon the following:

Richard Fegins, Jr.
816 E. Blancke Street
Linden, New Jersey 07036

3. That on April 9, 2010, I cause to be electronically filed with the ECF system of the United States District Court for the Southern District of New York a copy of the aforesaid documents.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I will be subject to punishment.

DATED:   April 9, 2010

                                    WHITE AND WILLIAMS LLP
                                    Attorneys for Plaintiff, State
                                    Farm Fire and Casualty Company

BY: _____
        Geoffrey F. Sasso

6121843v.1